UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY KOROTKIN and
STACY KOROTKIN,

Plaintiff,

v.

NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING, et al.

Defendants.
_______________________________________/

Case No. 2:26-cv-12378

Honorable Susan K. DeClercq
United States District Judge

**STIPULATED ORDER SUBSTITUTING COUNSEL**

Based on the stipulation of the attorneys below, Anthony J. Kochis of Wolfson Bolton Kochis PLLC is hereby substituted as counsel in place of Michael J. Hamblin of Maddin Hauser Roth & Heller on behalf of Plaintiffs Emily Korotkin and Stacy Korotkin in the above case.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 2, 2026

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| */s/ Anthony J. Kochis*<br>Anthony J. Kochis (P72020)<br>Logan T. Grizzell (P86246) WOLFSON BOLTON KOCHIS PLLC<br>880 W. Long Lake Rd., Suite 420<br>Troy, MI 48098<br>(248) 247-7105<br>akochis@wolfsonbolton.com<br>lgrizzell@wolfsonbolton.com | */s/ Michael J. Hamblin* w/consent<br>Michael J. Hamblin (P61834)<br>MADDIN HAUSER ROTH & HELLER<br>One Towne Square Ste Fifth Floor<br>Southfield, MI 48076<br>248-359-6338<br>Mhamblin@maddinhauser.com |